UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT FRANKFORT
CASE NO. _____
*Electronically Filed*

MORGAN S. JONES and STEVEN D. JONES
Administrator of the Estate of THELMA JOANNE JONES    PLAINTIFFS

v.

GGNSC FRANKFORT LLC, a/k/a
GOLDEN LIVINGCENTER – FRANKFORT    DEFENDANT

## NOTICE OF REMOVAL

Defendant, GGNSC Frankfort, LLC d/b/a Golden LivingCenter – Frankfort (hereinafter "GLC-Frankfort"), hereby removes to the United States District Court for the Eastern District of Kentucky, at Frankfort, the action captioned *Morgan S. Jones and Steven D. Jones v. GGNSC Frankfort, LLC a/k/a Golden LivingCenter – Frankfort,* Case No. 11-CI-00756, which is currently pending in Franklin Circuit Court, in the Commonwealth of Kentucky. As grounds for its removal of the Action, GLC-Frankfort states:

1. On May 12, 2011, Steven Jones and Morgan Jones ("Plaintiffs") filed a Complaint in Franklin Circuit Court, Case No. 11-CI-00756. GLC-Frankfort was served with a summons and a copy of a Complaint on May 13, 2011, through their agent for service of process, Corporation Service Company. Copies of all process and pleadings in said action are attached hereto in accordance with 28 U.S.C. 1446(a).

2. Plaintiffs are and were at all times relevant hereto, including at the time of filing this Notice of Removal and at the commencement of Civil Action No. 11-CI-00756, a citizens of the Commonwealth of Kentucky.

3. GLC-Frankfort at all times relevant hereto, including at the time of filing this Notice of Removal and at the commencement of Civil Action No. 11-CI-00756, was a Delaware

4618059.1

limited liability company with its principal place of business in Fort Smith, Arkansas, and none of its members are citizens of Kentucky.

4. This action is one over which this Court has original jurisdiction pursuant to the provisions of 28 U.S.C. 1332(a)(1), and is one that may be removed to this Court pursuant to 28 U.S.C. 1441(a). This is an action between citizens of different states.

5. Based upon admissions in the Complaint attached hereto, Plaintiff seeks in excess of $75,000.00 in damages, exclusive of interest and costs.

6. This Notice of Removal is filed within thirty (30) days after GLC-Frankfort, received a copy of Plaintiff's Complaint on May 13, 2011, as required by 28 U.S.C. 1446(b).

15. A copy of this Notice of Removal will simultaneously be filed with the Clerk for the Franklin Circuit Court, in the Commonwealth of Kentucky and served upon counsel of record.

    Respectfully submitted,

    **WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**

    s/ Marcia L. Pearson
    Marcia L. Pearson
    marcia.pearson@wilsonelser.com
    100 Mallard Creek Road, Suite 400 A
    Louisville, Kentucky 40207
    Telephone: (502) 736-8918
    Facsimile: (502) 238-7995

    *Counsel for Defendant GGNSC Frankfort, LLC*
    *d/b/a Golden LivingCenter – Frankfort*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 24, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Marcia L. Pearson

And that a copy of the foregoing was served via first class U.S. Mail, postage prepaid, on the following:

Thomas K. Herren
HERREN & ADAMS
148 North Broadway
Lexington, KY  40507

      s/ Marcia L. Pearson
      Marcia L. Pearson
      marcia.pearson@wilsonelser.com
      100 Mallard Creek Road, Suite 400 A
      Louisville, Kentucky 40207
      Telephone: (502) 736-8918
      Facsimile: (502) 238-7995

      *Counsel for Defendant GGNSC Frankfort, LLC*
      *d/b/a Golden LivingCenter – Frankfort*

4618059.1