COMMONWEALTH OF KENTUCKY
FRANKLIN CIRCUIT COURT
CIVIL BRANCE
DIVISION II
CIVIL ACTION NO. 11-CI-756



MORGAN S. JONES and STEVEN D. JONES,
Administrator of the Estate of THELMA JOANNE JONES           PLAINTIFFS

V.                          **COMPLAINT**

GGNSC FRANKFORT LLC, a/k/a
GOLDEN LIVINGCENTER - FRANKFORT                              DEFENDANT

\* \* \* \* \* \* \*

Come the plaintiffs, Morgan S. Jones and Steve D. Jones, Administrator of the Estate of Thelma Joanne Jones, by counsel, and for their cause of action and state:

1.  The deceased, Thelma Joanne Jones, was ordered to have permanent custody and care of plaintiff, Morgan Jones, for all legal and equitable purposes, by the Anderson Circuit Court dated August 10, 1995, and did provide said care for her minor years.

2.  Plaintiff, Steven D. Jones, is the duly appointed Administrator of the Estate of Thelma Joanne Jones, by Order dated June 23, 2010. (Copy attached).

3.  Defendant, GGNSC Frankfort LLC, a/k/a Golden LivingCenter – Frankfort (hereinafter referred to as "GGNSC"), is a foreign limited liability company doing business in the Commonwealth of Kentucky, with its principal place of business at 117 Old Soldiers Lane, Frankfort, Kentucky and whose agent for service of process is: CSC-Lawyers Incorporating Service Company, 421 West Main Street, Frankfort, Kentucky 40601.

4. At all times relevant hereto, defendant, GGNSC Frankfort LLC, a/k/a Golden LivingCenter – Frankfort (hereinafter referred to as "GGNSC") was operating a long-term care and rehabilitation center, subject to the Kentucky Residents' Rights Statute and federal regulations.

5. In April and May, 2010, Thelma Joanne Jones was a resident of GGNSC. Defendant GGNSC held itself out to the public as a competent long-term care center for injured and/or aged citizens of the Commonwealth of Kentucky, and retirement community.

6. During April and May, 2010, plaintiffs' decedent was neglected in numerous ways, including but not limited to, exposed to C-difficile infection; permitted to contract MRSA; not properly evaluated in a timely manner; delayed in transport; lacked in nutritional intervention; and was malnourished and extremely dehydrated.

7. Defendant's acts and omissions, by and through its agents, were in violation of the Kentucky Residents' Rights Statute, were careless, negligent and reckless, in departure from accepted standards of care for a long-term facility similarly situated to the defendant, and deprived Thelma Jones of dignity in her last months of life..

8. Defendant specifically misrepresented and concealed injuries and conditions of Thelma Jones from her family, and delayed transporting Thelma Jones for necessary medical care.

9. As a direct and proximate case of defendant's neglect, malnourishment and dehydration injuries, plaintiffs' decedent suffered physical pain and mental suffering, medical expenses, and a deteriorating physical condition which was a substantial factor in causing her death, and the funeral and administrative costs attendant thereto.

10. Plaintiffs' decedent lost the chance to survive due to defendant's actions, omissions, misrepresentations and violations of the Kentucky Residents' Rights Act.

11. Plaintiff, Morgan S. Jones, lost the society, companionship, aid, support, services, love and affection of her putative mother and is entitled to damages for loss of consortium far in excess of the jurisdictional amount of this Court.

12. The plaintiffs should be awarded punitive damages to deter similar future conduct.

13. All damages far exceed the jurisdictional amount of this Court.

WHEREFORE, plaintiffs demand judgment against the defendant, GGNSC Frankfort LLC, a/k/a Golden LivingCenter – Frankfort, for compensatory damages consistent with the proof, pre-judgment and post-judgment interest, attorney's fees, costs, trial by jury and any other relief to which they may appear entitled.

Respectfully submitted,

HERREN & ADAMS
148 N. Broadway
Lexington, KY 40507
(859) 254-0024

_____
THOMAS K. HERREN
ATTORNEY FOR PLAINTIFFS

C:\Documents\tkh\pldgs\JON642.COM.doc

AOC-805
Rev. 10-05
Page 3 of 3

Case No. 10-P-00065

IN RE: Estate of Thelma Joanne Jones

ORDER

[✓] Petition filed this 11th day of June, 2010.

[ ] Will tendered this _____ day of _____, 2____.

Upon hearing, the Will offered was proven by _____

and ORDERED PROBATED as the Last Will and Testament of Decedent this _____ day of _____, 2____.

The Court appoints: Steven D. Jones as

[ ] Executor/Executrix OR [✓] Administrator/Administratrix of said estate and fixes bond in the sum of

$ 70,000 [ ] with surety OR [✓] without surety.

Date: 6/23, 2010

Judge's Signature

Distribution:
    Case File
    Revenue Cabinet

ANDERSON DISTRICT COURT
JAN D. ROGERS, CLERK
ENTERED: 6-23-10
BY: _____