**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT FRANKFORT**

**CIVIL ACTION NO. 2011-28 (WOB)**

**MORGAN S. JONES, ETC., ET AL.**                                              **PLAINTIFFS**

**VS.**                                              <u>**ORDER**</u>

**GGNSC FRANKFORT, LLC**                                              **DEFENDANT**

    This matter is before the court on the parties' joint motion to remand this matter (Doc. #9), and the court being sufficiently advised,

    **IT IS ORDERED** that said motion to remand be, and it hereby is, **granted**, and this matter is hereby **remanded** to the Franklin Circuit Court from whence it was removed.

    This 17th day of August, 2011.



Signed By:
<u>William O. Bertelsman</u> WOB
United States District Judge